# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LAURIE URQUIDI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>　　　　Defendant. | Case No. 18-cv-02229-BLF<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR STATUS UPDATE OR STIPULATION OF DISMISSAL** |

On August 6, 2018, Plaintiff filed a Notice of Settlement in this case. The Case Management Conference set for September 6, 2018 is VACATED. The Parties are instructed to file a case status update or stipulation of dismissal of this action by October 5, 2018.

**IT IS SO ORDERED.**

Dated: August 9, 2018

_____
BETH LABSON FREEMAN
United States District Judge