# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE URQUIDI, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 5:18-cv-02229-BLF |
| JEFFERSON CAPITAL SYSTEMS, LLC, | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Harijot Singh Khalsa* | */s/ Amy L. Bennecoff Ginsburg* |
| Harijot Singh Khalsa, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Sessions Fishman Nathan & Israel | Kimmel & Silverman, P.C. |
| 1545 Hotel Circle South, Suite 150 | 30 East Butler Pike |
| San Diego, CA 92106 | Ambler, PA 19002 |
| 619-758-1891 | Phone: 215-540-8888 |
| Fax: 619-296-2013 | Fax: 877-788-2864 |
| Email: hskhalsa@sessions.legal | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: August 21, 2018 | Date: August 21, 2018 |

IT IS SO ORDERED.

Date: August 21, 2018     BY THE COURT:

_____
Beth Labson Freeman, USDJ